526 A.2d 359

**George D. LENTZ and Correctional Instructional Vocational Education Association, PSEA/NEA, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF EDUCATION, and Commonwealth of Pennsylvania, State Civil Service Commission.**

Supreme Court of Pennsylvania.

Argued May 14, 1987.

Decided June 8, 1987.

Thomas W. Scott, Kimber L. Latsha, Harrisburg, for appellants.

John Alzamora, Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.